UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

GEORGE SHEPARD LITTLE,                    )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )          1:10-cv-00096-JAW
                                          )
SOCIAL SECURITY ADMINISTRATION            )
COMMISSIONER,                             )
                                          )
            Defendant.                    )


**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended

Decision filed December 21, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision

be and hereby is AFFIRMED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 10th day of January, 2011